IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELINDA GUY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01122-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Belinda Guy, in care of Michael T. Kelly, an attorney, attorney fees under the Equal Access to Justice Act in the total amount of $5,441.53 for 25.85 hours of service, consisting of 2.10 hours in 2021 at the hourly rate of $200.83 and 23.75 hours in 2021 and 2022 at the hourly rate of $211.36.

**SO ORDERED** on this **21st day** of **July, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**